IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALBERT HERNANDEZ**                                                      **PLAINTIFF**
**ADC #65214**

v.          **CASE NO. 5:11CV00061 BSM/HDY**

**CORRECTIONAL MEDICAL SERVICES et al.**               **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE